1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN FRANCISCO DIVISION

11   HARVEY LAPIN, Individually and on Behalf  )   Case No.:  3:12-cv-03195-MMC
     of All Others Similarly Situated,          )
12                                              )
                   Plaintiff,                   )
13                                              )   [~~PROPOSED~~] ORDER GRANTING
            v.                                  )   APPLICATION FOR ADMISSION OF
14                                              )   ATTORNEY *PRO HAC VICE*
     FACEBOOK, INC., et al.,                    )
15                                              )
                   Defendants.                  )
16                                              )
                                                )
     _____)
17

18         Charles S. Duggan, whose business address and telephone number is

19                     Charles S. Duggan
                       DAVIS POLK & WARDWELL LLP
20                     450 Lexington Avenue
                       New York, New York 10017
21                     Telephone: (212) 450-4000

22   and who is an active member in good standing of the bar of the United States District Court for the

23   Southern District of New York, having applied in the above-entitled action for admission to

24   practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

25   Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Goldman, Sachs & Co.; Merrill Lynch,

26   Pierce, Fenner & Smith Incorporated; Barclays Capital Inc.; Allen & Company LLC; Citigroup

27   Global Markets Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; RBC

28                                                      1

1   Capital Markets LLC; Blaylock Robert Van LLC; BMO Capital Markets Corp.; C.L. King &

2   Associates, Inc.; Cabrera Capital Markets, LLC; CastleOak Securities, L.P.; Cowen and Company,

3   LLC; E*TRADE Securities LLC; Itau BBA USA Securities, Inc.; Lazard Capital Markets LLC;

4   Lebenthal & Co., LLC; Loop Capital Markets LLC; M.R. Beal & Company; Macquarie Capital

5   (USA) Inc.; Muriel Siebert & Co., Inc; Oppenheimer & Co. Inc.; Pacific Crest Securities LLC;

6   Piper Jaffray & Co.; Raymond James & Associates, Inc.; Samuel A. Ramirez & Company, Inc.;

7   Stifel, Nicolaus & Company, Incorporated; The Williams Capital Group, L.P.; and William Blair &

8   Company, LLC.

9        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

10   conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

11   *vice.*  Service of papers upon and communication with co-counsel designated in the application will

12   constitute notice to the party.  All future filings in this action are subject to the requirements

13   contained in General Order No. 45, *Electronic Case Filing.*

14

15   Dated:  July 26, 2012

16                                          _____
                                           The Honorable Maxine M. Chesney
17                                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28                                  2

[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-CV-03195-MMC